# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wise, Tracey N. | 2. Court or Organization<br><br>US Bankruptcy Court, Eastern District of Kentucky | 3. Date of Report<br><br>05/10/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>300 Community Trust Building<br>100 East Vine Street<br>Lexington, KY 40507 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wise, Tracey N.** | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Angelucci Acoustical, Inc. - Construction |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wise, Tracey N. | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trustmark National Bank | Mortgage Loan - Rental Property | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wise, Tracey N.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Central Bank & Trust Co (Checking) | A | Interest | J | T | | | | | |
| 2. Central Bank & Trust Co (Money Market) | A | Interest | K | T | | | | | |
| 3. JPMorgan Chase Bank, N.A. (Savings) | A | Interest | J | T | | | | | |
| 4. JPMorgan Chase Bank, N.A. (Checking) | | None | J | T | | | | | |
| 5. UBS Financial Services (Money Market) (H) | | | | | | | | | |
| 6. -IShares Core S&P 500 ETF | A | Int./Div. | J | T | Sold<br>(part) | 09/15/20 | J | B | |
| 7. -Ishares Russell 1000 ETF | A | Int./Div. | J | T | Sold<br>(part) | 09/15/20 | J | B | |
| 8. -Ishares Russell 2000 ETF | A | Int./Div. | J | T | Sold<br>(part) | 09/15/20 | J | A | |
| 9. -Ishares Core S&P MidCap ETF | A | Int./Div. | K | T | Sold<br>(part) | 09/15/20 | J | A | |
| 10. -Ishares US Financial Services ETF | A | Int./Div. | J | T | Sold<br>(part) | 05/14/20 | J | A | |
| 11. -Technology Select Sector SPDR ETF | A | Int./Div. | J | T | | | | | |
| 12. -Vanguard Real Estate ETF (fka Vanguard REIT ETF) | A | Int./Div. | | | Sold | 04/01/20 | J | A | |
| 13. | | | | | Sold<br>(part) | 03/31/20 | J | A | |
| 14. -Vanguard Total World STK ETF | A | Int./Div. | J | T | | | | | |
| 15. -Ishares MSCI EAFE ETF | A | Int./Div. | K | T | Sold<br>(part) | 09/15/20 | J | A | |
| 16. -Vanguard Total Intl Bond ETF | A | Int./Div. | | | Sold | 05/12/20 | J | A | |
| 17. | | | | | Sold<br>(part) | 05/11/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wise, Tracey N. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Intermediate Term Tax Exempt Fund Admiral | A | Int./Div. | J | T | | | | | |
| 19. -Ishares Gold Trust ETF | | None | J | T | Buy (add'l) | 09/30/20 | J | | |
| 20. -Ishares MSCI Emerging Markets Multifactor ETF (fka IShares Factorsel | A | Int./Div. | J | T | | | | | |
| 21. -Ishares MSCI Int'l Multifactor ETF (fka Ishares Edge MSCI Multifactor | A | Int./Div. | J | T | | | | | |
| 22. -Utilities Sector SPDR Fund ETF | A | Int./Div. | J | T | | | | | |
| 23. -Vanguard Financials ETF | A | Int./Div. | | | Sold | 05/12/20 | J | A | |
| 24. -American Funds Tax-exempt Preservation Portfolio Fund Class F2 | A | Int./Div. | J | T | Buy (add'l) | 05/11/20 | J | | |
| 25. -Mainstay Mackay High Yield Municipal Bond Fund Class I | A | Int./Div. | | | Sold | 03/18/20 | J | A | |
| 26. -The Tax-Exempt Bond Fund of America Fund Class F2 | A | Int./Div. | J | T | | | | | |
| 27. -Vanguard Inflation Protected Securities Fund Admiral | A | Int./Div. | J | T | | | | | |
| 28. -First Trust ISE Cloud Computing Index Fund ETF | A | Int./Div. | J | T | Buy | 05/12/20 | J | | |
| 29. -IShares Robotics & Artificial Intelligence Multisector ETF | A | Int./Div. | J | T | Buy | 05/14/20 | J | | |
| 30. -Vanguard Total Bond Market IDX-ADM | A | Int./Div. | J | T | Buy | 05/12/20 | J | | |
| 31. -Ishares US Healthcare ETF | A | Int./Div. | J | T | Buy | 03/31/20 | J | | |
| 32. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 33. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 34. UBS FINANCIAL SERVICES (Traditional IRA) (fka SEP IRA) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wise, Tracey N. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Ishares Core S&P 500 ETF (fka Ishares Trust S&P) | C | Int./Div. | M | T | Buy (add'l) | 03/09/20 | J | | |
| 36.  -Ishares Russell 2000 ETF (fka Ishares Trust Russell 2000 Index) | A | Int./Div. | L | T | | | | | |
| 37.  -Ishares Core S&P MidCap ETF (fka Ishares Trust Mi) | B | Int./Div. | M | T | | | | | |
| 38.  -Ishares MSCI EAFE Small Cap ETF (fka Ishares MSCI EAFE Small Cap) | A | Int./Div. | J | T | | | | | |
| 39.  -Vangard Real Estate ETF (fka Vanguard REIT ETF) | A | Int./Div. | | | Sold | 04/01/20 | J | B | |
| 40. | | | | | Sold (part) | 03/31/20 | J | B | |
| 41.  -Vanguard FTSE Emerging Markets ETF (fka Vanguard MSCI Emerging) | A | Int./Div. | K | T | | | | | |
| 42.  -Ishares Russell 1000 ETF (fka Ishares Trust Russell 1000 Index) | A | Int./Div. | J | T | | | | | |
| 43.  -Ishares US Financial Services ETF (fka Ishares Trust Dow Jones) | A | Int./Div. | K | T | Sold (part) | 05/14/20 | J | D | |
| 44.  -Technology Select Sector SPDR ETF | A | Int./Div. | K | T | | | | | |
| 45.  -Vanguard Total World STK ETF | A | Int./Div. | K | T | | | | | |
| 46.  -Ishares Core MSCI EAFE ETF | A | Int./Div. | K | T | | | | | |
| 47.  -Vanguard Total Intl Bond Fd ETF CL | A | Int./Div. | | | Sold (part) | 05/11/20 | J | A | |
| 48. | | | | | Sold | 05/12/20 | K | B | |
| 49.  -Ishares NASDAQ Biotechnology ETF | A | Int./Div. | K | T | | | | | |
| 50.  -First TR North American Energy Infrastructure FD ETF | | | | | Sold | 03/09/20 | J | A | |
| 51.  -Vanguard FTSE All World Ex-US ETF | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Vanguard FTSE Developed Mkt ETF | A | Int./Div. | J | T | | | | | |
| 53.  -Ishares 1-3 YR Treas Bond ETF | A | Int./Div. | | | Sold | 05/11/20 | K | A | |
| 54.  -Vanguard Inflation Protected Securities Fund Admiral | A | Int./Div. | K | T | | | | | |
| 55.  -Utilities Sector SPDR Fund ETF | A | Int./Div. | J | T | | | | | |
| 56.  -Vanguard Financials ETF | A | Int./Div. | | | Sold | 05/12/20 | J | A | |
| 57.  -Dodge & Cox Income Fund | A | Int./Div. | | | Sold | 05/12/20 | L | B | |
| 58. | | | | | Sold (part) | 05/11/20 | L | B | |
| 59.  -Doubleline Low Duration Bond Fund I | A | Int./Div. | | | Sold | 05/11/20 | K | A | |
| 60.  -Vanguard Short-Term Treasury Fund Admiral | A | Int./Div. | K | T | Buy (add'l) | 05/11/20 | K | | |
| 61.  -Vanguard Total Bond Market IDX-ADM | C | Int./Div. | M | T | | | | | |
| 62.  -Vanguard Short-Term Investment Grade Fund Admiral | B | Int./Div. | K | T | Buy (add'l) | 05/11/20 | J | | |
| 63.  -First Trust ISE Cloud Computing Index Fund ETF | A | Int./Div. | K | T | Buy | 05/12/20 | J | | |
| 64.  -Ishares US Healthcare ETF | A | Int./Div. | K | T | Buy | 03/31/20 | J | | |
| 65. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 66.  -Ishares Robotics & Artificial Intelligence Multisector ETF | A | Int./Div. | K | T | Buy | 05/14/20 | J | | |
| 67.  -Fidelity US Bond Index | B | Int./Div. | L | T | Buy | 05/11/20 | K | | |
| 68. | | | | | Buy (add'l) | 05/12/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wise, Tracey N. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 70. -Vanguard Core Bond Fund Class Admiral | B | Int./Div. | L | T | Buy | 05/11/20 | L | | |
| 71. | | | | | Buy<br>(add'l) | 05/12/20 | K | | |
| 72. -UBS Bank USA Dep Account | A | Interest | J | T | | | | | |
| 73. MERRILL LYNCH - ANGELUCCI ACOUSTICS INC SEP (H) | | | | | | | | | |
| 74. -American Growth Fund of America Cl A | B | Int./Div. | K | T | | | | | |
| 75. -American AMCAP Fund Cl A | B | Int./Div. | K | T | | | | | |
| 76. -Blackrock Global Allocation FD Inc A | B | Int./Div. | K | T | | | | | |
| 77. -Blackrock ADV US TTL Market FD, Inc. Cl A (fka Blackrock Global) | B | Int./Div. | K | T | | | | | |
| 78. TDAMERITRADE JOINT TENANTS WROS (H) | | | | | | | | | |
| 79. -FDIC Insured Deposit Account IDA12 | A | Int./Div. | J | T | | | | | |
| 80. RENTAL PROPERTY, SHELBYVILLE, SHELBY COUNTY, KY | D | Rent | M | W | | | | | |
| 81. JACKSON NATIONAL LIFE INSURANCE COMPANY (Fixed Annuity) | | None | L | T | | | | | |
| 82. POPPIN INC. | | None | | | Sold | 12/09/20 | J | A | |
| 83. UBS 529 PLAN #1 (H) | | | | | | | | | |
| 84. -College America 529 The Investment Company of America - ICA C | A | Int./Div. | J | T | | | | | |
| 85. UBS 529 PLAN #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wise, Tracey N. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -CollegeAmerica 529 Funds College 2033 A | A | Int./Div. | J | T | | | | | |
| 87. UBS 529 PLAN #3 (H) | | | | | | | | | |
| 88. -College America 529 2036 A | A | Int./Div. | J | T | | | | | |
| 89. LINCOLN LIFE (Fixed Annuity) | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wise, Tracey N.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts, Line 4 - This bank account was included in the 2019 report on line 77.  It has been moved to line 4 simply for clarity of reporting.
Part VII. Investments and Trusts, Line 83 - This investment was reported as sold in 2019 but a final payment was received in 2020.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tracey N. Wise**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544